UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cecilia K. Gullas

Write the full name of each plaintiff.

24 CV 6679

(Include case number if one has been assigned)

-against-

# COMPLAINT

Do you want a jury trial?
☑ Yes ☐ No

1. **September 11th Victim Compensation Fund**
P.O. Box 34500
Washington, DC 20043

2. Allison Turkel ; **Defendant**

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

RECEIVED
SDNY PRO SE OFFICE
2024 AUG 22 PM 12: 28

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

# I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

## A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

**Title IX** **Discrimination against Plaintiff/Complainant**

______________________________

______________________________

______________________________

## B. If you checked Diversity of Citizenship

### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ______________________________, is a citizen of the State of
(Plaintiff's name)

______________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ______________________, is a citizen of the State of
(Defendant's name)

______________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________.

If the defendant is a corporation:

The defendant, September 11 Victim Compensation Fund ( "VCF"), is incorporated under the laws of

the State of Washington, DC 20043

and has its principal place of business in the State of Washington, DC 20043.

or is incorporated under the laws of (foreign state)

and has its principal place of business in Washington, DC 20043

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant. pLease see Attachment "A."

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| First Name | Middle Initial | Last Name |
|---|---|---|
| Cecilia | K. | GULLAS |

39-25 61st Street, Unit 770332
Woodside, NY 11377-0332

County, City ______ State ______ Zip Code 11377-0337

212.810.6348
Telephone Number

cgullas@yahoo.com
Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: September 11 Victim Compensation Fund ( "VCF")

First Name Last Name

Current Job Title (or other identifying information)

**September 11th Victim Compensation Fund**
**P.O. Box 34500**
**Washington, DC 20043**

Defendant 2: **Allison** **Turkel**

First Name Last Name

**Special Master**

Current Job Title (or other identifying information)

**September 11th Victim Compensation Fund**
**P.O. Box 34500**
**Washington, DC 20043** State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: ______________________________________________

First Name Last Name

______________________________________________

Current Job Title (or other identifying information)

______________________________________________

Current Work Address (or other address where defendant may be served)

______________________________________________

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: World Trade Center site.

Date(s) of occurrence: **September 11, 2001 through May 30, 2002**

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed. **Discrimination against Plaintiff/Complainant has led to:**

Plaintiff's complaint of Abuse of Power, Abuse of Discretion, Gross Negligence and Lack of Transparency and Accountability against Defendant: September 11 Victim Compensation Fund ( "VCF"), and ALLISON Turket, Defendant. *(briefly describe what happened)*

1. shortly before the WTC tragedies, I received a letter from the New York State Department of Taxation and Finance to report to its office at One World Trade Center on September 13, 2001. I went to WTC site on September 13, 2001, thinking that the Office would still be available regarding the subject of its letter to me. See attached as Exhibit B

2. Also, I worked as a consultant at an immigration and manpower recruiting agency at 29 John Street, New York, N.Y. However, I did not mention this in the initial application to VCF for compensation because John Street is not directly in the WTC compound area, but which I later learned is within the containment area for people who worked at John Street and thus, available for compensation.

Meanwhile, ManAsia's founder, President and Director, Mr. Leonardo Madlansacay retired in the Philippines and died in a Manila hospital. The office of ManAsia closed on or around the year 2013. All former employees have gone their ways and can no longer be contacted.

(Continued next page)

3. For 20 years, I waited for action regarding my application. Nothing came from VCF. Nothing at all. Meanwhile four United States Presidents came and went. President Bush, President Clinton, President Obama, President Biden. No word **all these years** whatsoever from VCF regarding my application for compensation.

4. I have answered everything that I can regarding information regarding my presence at the WTC site to the best of my ability. Please seen enclosed Affidavit. The latest letter sent to me by VCF does not say why they are rejecting my claim only that my presence at the WTC cannot be ascertained. What cannot be ascertained? That ManAsia did not exist? That I was not working at ManAsia? There is very little information that I can appeal. This is gross negligence on the part of VCF, abuse of power, abuse of discretion, lack of transparency and lack of accountability from a federal agency.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

**According to certifying medical condition by the constitutional authorized World Trade Center** Health Project **at New York University Langone Health and certified by Dr. Denise Harrison, M.D., claimant Cecilia Gullas has developed allergic rhinitis due to her exposure to dust and allergens at the World Trade Center site where she was exposed during her visit to the WTC site on November 13, 2023. This has made her breathing extremely difficult.**

IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Relief Requested: To inform Cecilia Gullas in clear statements why it was decided by Defendants that she was not at the World Trade Center site. What did they ask the witness? What did he answer? What did the Defendants find not acceptable?

Money damages for $ 75,000.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

August 19, 2024 — Dated

Cecilia Gullas
Cecilia Gullas — Plaintiff's Signature

**Cecilia** — First Name
**K.** — Middle Initial
**GULLAS** — Last Name

**39-25 61st Street, Unit 770332**
**Woodside, NY 11377-0332**

State Zip Code

**212.810.6348** — Telephone Number

**cgullas@yahoo.com** — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

# Affidavit

I, Cecilia Gullas, duly sworn to, deposes, and says:

1. That I am over 18 years of age;
2. That I am filing a discrimination Complaint against Defendants per Title IX of federal Law
3. That I was present at the World Trade Center site, as the place of occurrence, from September 11, 2001, through May 30, 2002, as date(s) of occurrence;
4. That I have been certified with a certifying medical condition by the World Trade Center Health Program, by DR. Denise Harrison, M.D.
5. That, therefore, I have fulfilled all Legal requirements for a just compensation.

Sworn to me this 15th day of August 2024

State of New York
County of New York

Cecilia Gullas,
Plaintiff/Claimant

DANIEL T. CHENG
Notary Public, State of New York
Reg. No. 04CH0015293
Qualified in New York County
Commission Expires Oct. 30, 2027

Dated: August 15, 2024
New York City

ATTACHMENT A

Allison Turkel is additional Defendant. Her mailing address is:

Ms. Allison Turkel
Special Master

September 11th Victim Compensation Fund

P.O. Box 34500

Washington, DC 20043

Attachment "A"