UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CECILIA K. GULLAS,

                              Plaintiff,

            -against-                                      24-cv-6679 (LTS)

SEPTEMBER 11TH VICTIM                                      CIVIL JUDGMENT
COMPENSATION FUND; ALLISON
TURKEL,

                              Defendants.

        For the reasons stated in the April 14, 2025, order, Plaintiff's complaint, filed in forma

pauperis under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    April 15, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge