# MANDATE

S.D.N.Y. – N.Y.C.
24-cv-6679
Swain, C.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: Dec 19 2025

## United States Court of Appeals

FOR THE

SECOND CIRCUIT

_________________

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand twenty-five.

Present:

Barrington D. Parker,
Susan L. Carney,
William J. Nardini,
*Circuit Judges*.

---

Cecilia K. Gullas,

*Plaintiff-Appellant*,

v. 25-1035

September 11th Victim Compensation Fund, Allison Turkel,

*Defendants-Appellees*.

---

Appellant, pro se, moves for leave to proceed in forma pauperis. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

MANDATE ISSUED ON 12/18/2025